Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
HAYWARD PLLC
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone/Fax: (972) 755-7100

*Local Counsel for Highland Capital Management, L.P.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,**[1] | **Case No. 19-34054-sgj11** |
| **Reorganized Debtor.** | |
| **OFFICIAL COMMITTEE OF UNSECURED CREDITORS,** | |
| **Plaintiff,** | |
| **v.** | **Civil Case No. 3:21-CV-01173-X** |
| **CLO HOLDCO, LTD., CHARITABLE DAF HOLDCO, LTD., CHARITABLE DAF FUND, LP, HIGHLAND DALLAS FOUNDATION, INC., THE DUGABOY INVESTMENT TRUST, GRANT JAMES SCOTT III IN HIS INDIVIDUAL CAPACITY, AS TRUSTEE OF THE DUGABOY INVESTMENT TRUST, AND AS TRUSTEE OF THE GET GOOD NONEXEMPT TRUST, AND JAMES D. DONDERO,** | |
| **Defendants.** | |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND OTHER PAPERS

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

PLEASE TAKE NOTICE that Hayward PLLC appears on behalf of interested party and reorganized debtor Highland Capital Management, L.P., as local counsel pursuant to Local Civil Rule 83.10. Any document or other information required to be served on counsel pursuant to the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, this Court's Local Civil Rules, or applicable orders of this Court should be sent to:

> Hayward PLLC
> 10501 N. Central Expy, Ste. 106
> Dallas, Texas 75231
> Attn: Melissa S. Hayward
> Telephone/Facsimile: (972) 755-7100
> Email: MHayward@HaywardFirm.com

DATED: October 18, 2021.

> Respectfully submitted,
>
> **HAYWARD PLLC**
>
> By: */s/ Melissa S. Hayward*
>     Melissa S. Hayward
>     Texas Bar No. 24044908
>     MHayward@HaywardFirm.com
>     Zachery Z. Annable
>     Texas Bar No. 24053075
>     ZAnnable@HaywardFirm.com
> 10501 N. Central Expy, Ste. 106
> Dallas, Texas 75231
> Telephone/Fax: (972) 755-7100
>
> **LOCAL COUNSEL FOR HIGHLAND CAPITAL MANAGEMENT, L.P.**

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 18, 2021, a true and correct copy of the foregoing *Notice of Appearance* has been served electronically via the Court's CM/ECF system upon all parties receiving electronic notice in this case.

> */s/ Melissa S. Hayward*
> Melissa S. Hayward