UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>*Plaintiff,*<br><br>v.<br><br>CLO HOLDCO, LTD.; HIGHLAND DALLAS FOUNDATION, INC.; CHARITABLE DAF HOLDCO LTD; CHARITABLE DAF FUND LP; THE DUGABOY INVESTMENT TRUST; THE GET GOOD NONEXEMPT TRUST; GRANT JAMES SCOTT, III; and JAMES D DONDERO<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § | Civil Action No. 3:21-CV-01173-X |

# ORDER

On March 24, 2022, the Court ordered the parties to file a status report on the status of the underlying adversary proceeding within seven days of its order. As of the date of this order, the parties have failed to file any status report.

Accordingly, the Court **ORDERS** the parties to **SHOW CAUSE** for their failure to file a status report pursuant to the Court's previous order by May 5, 2022, at 5:00 PM. If the parties fail to do so, this case will be subject to dismissal without prejudice and without further notice, absent good cause shown.[1]

---

[1] *See* FED. R. CIV. P. 41(b).

1

**IT IS SO ORDERED** this 28th day of April, 2022.

                                                                                           BRANTLEY STARR
                                                                                          UNITED STATES DISTRICT JUDGE