UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS,  §§§§§ *Plaintiff,* §  v. §§ CLO HOLDCO, LTD.; HIGHLAND DALLAS FOUNDATION, INC.; CHARITABLE DAF HOLDCO LTD; CHARITABLE DAF FUND LP; THE DUGABOY INVESTMENT TRUST; THE GET GOOD NONEXEMPT TRUST; GRANT JAMES SCOTT, III; and JAMES D DONDERO  §§§§§§§§§§§ *Defendants.* § | Civil Action No. 3:21-CV-01173-X |

## ORDER OF DISMISSAL

The above-captioned proceeding arises out of the Dugaboy Investment Trust's *Motion to Withdraw the Reference* filed in the underlying Adversary Proceeding pending before the Bankruptcy Court. The parties have informed the Court that the underlying Adversary Proceeding has been voluntarily dismissed in its entirety. [Doc. No. 6]. Therefore, the Court **DISMISSES** this action **AS MOOT.**

**IT IS SO ORDERED** this 6th day of May, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE